**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
: 
**HARRY HUESTON** :
:
                **Plaintiffs,** :
:    **1:25-cv-5600 (ALC)**
      **-against-** :
:    **ORDER**
**RICKARD,** :
:
                **Defendant.** :
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Respondent's November 12, 2025 letter. ECF No. 13. The conference will proceed as scheduled tomorrow and Respondent can raise the request for a different briefing schedule then..

**SO ORDERED.**

**Dated:**   **November 17, 2025**
           **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**