UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
HARRY HUESTON                                                :
                                                             :
                       Plaintiffs,                           :
                                                             :       1:25-cv-5600 (ALC)
            -against-                                        :
                                                             :       **ORDER**
RICKARD,                                                     :
                                                             :
                       Defendant.                            :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 18, 2025, Petitioner, who is *pro se* and incarcerated, did not join the telephonic conference, so the conference did not go forward. Respondent is ordered to ascertain whether there were issues producing Petitioner for the conference and should file a letter explaining what happened by November 25, 2025.

The telephonic conference is rescheduled to December 1, 2025 at 2 pm. Respondent does not need to file an answer by December 1, 2025.

The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the date and time specified above.

The Warden or other official in charge of FCI Otisville is ORDERED to produce Mr. Harry Hueston, Register Number: 24910-083 on Tuesday December 1, 2025, no later than 2 P.M., to a suitable location within FCI Otisville that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Respondent.

If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by letter.

Counsel for Respondent must: (1) send this Order to the Warden immediately; (2) contact FCI Otisville to arrange the call.

**SO ORDERED.**

Dated:    November 18, 2025
          New York, New York

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.**
**United States District Judge**