UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

HARRY HUESTON

                       Plaintiffs,

          -against-

RICKARD,

                    Defendant.

------------------------------------------------------------ x

    1:25-cv-5600 (ALC)

    **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 1, 2025, the Court held a telephonic conference. The Court ORDERS Petitioner to respond to the Government's letter that was filed on November 12, 2025 (ECF No. 13) by December 10, 2025, addressing the arguments the Government raises about ripeness, i.e., Petitioner potentially not yet being eligible for immediate release even if he prevails on the claims in the Petition.

**SO ORDERED.**

Dated:    December 1, 2025

       New York, New York

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**