**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| **HUESTON** | : |
| | : |
| | :     **1:25-cv-5600 (ALC)** |
| | : |
| **v.** | :     <u>**ORDER**</u> |
| | : |
| | : |
| **RICKARD** | : |
| | : |
| | : |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On December 15, 2025, the Court received Petitioner Hueston's letter addressing

ripeness. ECF No. 19.  However, the Court is not in possession of Page 3 of the letter.

The Government is ORDERED to notify the Court by December 16, 2025 whether it is in

possession of Page 3. If the Government has Page 3, the Government is ORDERED to file it on

the docket by December 16, 2025. If the Government is not in possession of Page 3, the

Government is ORDERED to confer with Petitioner telephonically by December 17, 2025 to

determine how quickly Page 3 can be obtained and filed on the docket.

**SO ORDERED.**

**Dated:**  December 15, 2025

      **New York, New York**                      **ANDREW L. CARTER, JR.**
                                       **United States District Judge**