UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————x

   HARRY HUESTON

                                            :    1:25-cv-5600 (ALC)

   v.                                    :    **ORDER**

   E. RICKARD

————————————————————x

**ANDREW L. CARTER, JR., United States District Judge:**

On December 15, 2025, the Court received Petitioner Hueston's letter addressing ripeness. ECF Nos. 19, 23. The Respondent is ORDERED to reply to Petitioner's letter in no more than five pages by January 9, 2026.

**SO ORDERED.**

Dated:  December 22, 2025

      New York, New York

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**