**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| **HUESTON** | : |
| | : |
| **Petitioner,** | : |
| | : |
| -against- | : |
| | : |
| | : |
| **RICKARD** | : |
| **Respondent.** | : |
| | : |

-----------------------------------------------------------x

**1:25-cv-05600 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On January 9, 2026, Respondent filed a letter asking for an extension to answer the

Petition. ECF No. 25. That extension is granted. The Respondent's answer will be due February

2, 2026.

**SO ORDERED.**

**Dated:** January 13, 2026

　　　New York, New York

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**