**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

HUESTON                                           :
                                                  :
                              Petitioner,         :
                                                  :        1:25-cv-05600 (ALC)
               -against-                           :
                                                  :        **ORDER**
                                                  :
RICKARD                                            :
                              Respondent.          :
                                                  :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' letters addressing the ripeness of the Petition for

Writ of Habeas Corpus. The Court schedules a telephonic conference for January 27, 2026 at

2:30 pm.

The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#)

on the date and time specified above.

The Warden or other official in charge of FCI Ray Brook is ORDERED to produce Mr.

Harry Hueston, Register Number: 24910-083 on Tuesday January 27, 2026, no later than 2:30

P.M., to a suitable location within FCI Ray Brook that is equipped with a telephone, for the

purpose of participating by telephone in a conference with the Court and Respondent. If this time

and date presents an inconvenience, the Warden or the Warden's designee should promptly

inform Chambers by letter.

Counsel for Respondent must: (1) send this Order to the Warden immediately; (2) contact

FCI Ray Brook to arrange the call.

**SO ORDERED.**

**Dated:**   January 14, 2026

New York, New York

ANDREW L. CARTER, JR.
United States District Judge

2