**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
   **HUESTON**                                 :
                                            :
                  **Petitioner,**   :
                                   :       **1:25-cv-05600 (ALC)**
       **-against-**                    :
                                   :       **<u>ORDER</u>**
                                   :
   **RICKARD**                            :
                **Respondent.**   :
                                   :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Following up from the January 27, 2026 telephonic conference, Petitioner's Response to

the Respondent's Answer is due February 16, 2026.

**SO ORDERED.**

**Dated:**   January 27, 2026

       **New York, New York**                        **ANDREW L. CARTER, JR.**
                                           **United States District Judge**